NORA CORVI and Another, Appellants, v. F. W. WOOLWORTH COMPANY, Respondent.— In an action by the plaintiff wife to recover damages sustained when she, a customer, fell on the floor of defendant's store, and by her husband to recover for expenses and loss of services, order setting aside verdict in plaintiffs' favor and granting a new trial unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Johnston, JJ.

JOHN J. GULLY, Respondent, v. NEW YORK DOCK RAILWAY COMPANY, Appellant. — Order denying motion to dismiss the complaint for failure to prosecute affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Carswell, Tompkins and Johnston, JJ., concur.

In the Matter of the Application of MANNING J. BUTLER, Respondent, for an Order of Mandamus against JAMES E. FINEGAN, President, and Others, Commissioners, Constituting the MUNICIPAL CIVIL SERVICE COMMISSION OF THE CITY OF NEW YORK, Appellants.— Appeal from a peremptory mandamus order directing the Municipal Civil Service Commission to accord the petitioner October 12, 1922, as the date of original appointment instead of July 16, 1927, the date which the commission had, as alleged, erroneously given him. Peremptory mandamus order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

In the Matter of the Application of SAMUEL KOHN, Appellant, for a Prohibition Order against DOMESTIC RELATIONS COURT OF THE CITY OF NEW YORK and Another, Respondents.— On appeal from order denying an application for the issuance of an order of prohibition directed against the Domestic Relations Court of the City of New York and Jennie Kohn, the petitioner's wife, commanding them to refrain from proceeding further under her petition for support, order affirmed, with ten dollars costs and disbursements. Appellant has an adequate remedy by appeal from the determination of the Domestic Relations Court. Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ., concur.

ELADIO LACEN, as Administrator, etc., of GEORGE LACEN, Deceased, Respondent, v. F. W. WOOLWORTH COMPANY, Appellant, and Another, Defendant.— Order affirmed, with ten dollars costs and disbursements. The affirmative defense pleaded is pertinent only to an action for breach of warranty. The plaintiff states, however, that paragraph tenth of his complaint sets up a cause of action based on negligence, and he avers that he intends to proceed solely on that theory. In view of this, the affirmative defense does not raise an issue and the motion to strike it out was properly granted. Lazansky, P. J., Young, Scudder, Tompkins and Johnston, JJ., concur.

CHESTER M. LANNING and Another, Respondents, v. WARREN S. STOLTZ, Appellant.— Order granting plaintiffs' motion to vacate an order of preclusion and directing plaintiffs to serve a bill of particulars affirmed, without costs; the particulars, if not already served, to be served within five days from the entry of the order herein. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ., concur.